# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 16-105 - In re: TC Heartland LLC

**Date of docketing:** October 23, 2015

A petition for writ of mandamus has been filed.

**Name of Petitioner(s):** TC Heartland LLC

**Name of respondent(s),** if known: Kraft Foods Group Brands LLC

**Related action(s):** if known: United States District Court for the District of Delaware  1:14-cv-00028-LPS

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Daniel E. O'Toole
Clerk of Court