NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: TC HEARTLAND LLC,
*Petitioner*

2016-105

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in No. 1:14-cv-00028-LPS, Chief Judge Leonard P. Stark.

**ON MOTION**

**O R D E R**

The Electronic Frontier Foundation, Public Knowledge, and Engine Advocacy move without opposition for leave to file a brief of *amici curiae*. Acushnet Company, Adobe Systems Inc., ASUS Computer International, Demandware, Inc., Dropbox, Inc., eBay, Inc., Google Inc., HP Inc., HTC America, Inc., InterActiveCorp, Intuit, Inc., L Brands, Inc., Lecorpio LLC, LinkedIn Corp., Macy's, Inc., Newegg Inc., North Carolina Chamber, North Carolina Technology Association, QVC, Inc., SAP America, Inc., SAS Institute Inc., Symmetry LLC, VIZIO, Inc. and Xilinx, Inc. do the same.

Because the motion is on consent, leave is not required and the brief is allowed. Fed. Cir. R. 29(c).

Upon consideration thereof,

IT IS ORDERED THAT:

The briefs are accepted for filing.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19