NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: TC HEARTLAND LLC,**
*Petitioner*

---

2016-105

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in No. 1:14-cv-00028-LPS, Chief Judge Leonard P. Stark.

---

**SUA SPONTE**

---

Per Curiam.

**O R D E R**

Oral argument for this appeal is scheduled for March 11, 2016 at 2:00 p.m. in courtroom 201.

FOR THE COURT

January 15, 2016          /s/ Daniel E. O'Toole
        Date              Daniel E. O'Toole
                          Clerk of Court